# **<u>Exhibit 2</u>**

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

GREYSTONE CONSULTING GROUP,      )
LLC                              )
        Plaintiff,               )
                                 )
    v.                           )   Case No. CL 2023-13353
                                 )
BEN NUSSBAUM,                    )
                                 )
        Defendant.               )

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   The Honorable John T. Frey
       Clerk of the Circuit Court of Fairfax County
       4110 Chain Bridge Road
       Fairfax, Virginia 22030

PLEASE TAKE NOTICE that on December 18, 2023, Defendant Ben Nussbaum, by

counsel, removed this action to the United States District Court for the Eastern District of Virginia,

Alexandria Division, by filing a Notice of Removal in that Court. A copy of the Notice of Removal

is attached hereto as **Exhibit A**.

Dated: December 18, 2023      Respectfully submitted,

                               **Ben Nussbaum**

                               By: _____
                                   Of Counsel

Noah P. Sullivan (VSB No. 82698)
GENTRY LOCKE ATTORNEYS
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
Telephone: (804) 956-2069
Facsimile: (540) 983-9400
Email: nsullivan@gentrylocke.com

*Counsel for Defendant Ben Nussbaum*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2023, I caused a true and correct copy

of the foregoing to be served via email and FedEx overnight delivery, to the following:

Lewis P. Rhodes
RESTON LAW GROUP, LLP
2100 Reston Parkway, Suite 450
Reston, Virginia 20191
Telephone: (703) 868-8653
Facsimile: (703) 264-2226
Email: LRhodes@Restonlaw.com

Noah P. Sullivan (VSB No. 82698)
GENTRY LOCKE ATTORNEYS
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
Telephone: (804) 956-2069
Facsimile: (540) 983-9400
Email: nsullivan@gentrylocke.com

*Counsel for Defendant Ben Nussbaum*